**R. Eugene McGANNON, et al. d/b/a Hoskins, King, McGannon & Hahn, Respondents,**

v.

**Russell NUGENT, Appellant.**

No. WD 47861.

Missouri Court of Appeals,
Western District.

March 29, 1994.

William N. Marshall, III, Grandview, for appellant.

Geoff W. Hetley, Kansas City, for respondents.

Before BERREY, C.J., P.J., and KENNEDY and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Russell Nugent appeals an order assessing damages against him after interlocutory order of default.

Affirmed. Rule 84.16(b).

■

**George DANNER and Carol Danner, Respondents,**

v.

**Richard CALLAWAY and Centric, Inc., A Missouri Corporation, Appellants.**

No. WD 47844.

Missouri Court of Appeals,
Western District.

March 29, 1994.

Lawrence R. Magee, Kansas City, for appellants.

James D. Worthington, Lexington, for respondents.

Before BERREY, C.J., P.J., and KENNEDY and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Appeal from judgment against appellants for wrongful eviction and forcible entry and detainer and subsequent award of compensatory and punitive damages.

Judgment affirmed. Rule 84.16(b).